

FILED
5/28/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Sammy's Produce, Inc.**                                      **08cv930-L (WMC)**

**-v-**

**Rey & Rey Produce, Inc., Manuel Reynoso**


# STRICKEN DOCUMENT


**4-Motion for Preliminary Injunction**


**4**