BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone:    (619) 723-0369
Facsimile:    (619) 923-1001
email: bryanpease@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY'S PRODUCE, INC., | Civil Action, No.:  08 CV 0930 L WMc |
| Plaintiff, | REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| REY & REY PRODUCE, INC., and MANUEL REYNOSO, | |
| Defendants. | |

Defendants admit they hold at least $71,016.70 in trust assets belonging to plaintiff and received the summons, complaint and TRO application at least three days prior to the order being issued. *See* Reynoso Dec. ¶¶ 5-6. Yet, defendants argue they should not be subject to a preliminary injunction because they are solvent and will eventually pay the amount owed pursuant to the PACA trust. *See* Opposition at 12. However, defendants do not deny that they have repeatedly failed to pay the amounts owing *since October 2007* and have issued several checks to plaintiff that were returned for insufficient funds. *See* Skwara Dec. ¶¶ 10-12. Plaintiff seeks only to prevent the dissipation of the assets held for it in statutory trust by defendants.

Defendants admit that MANUEL REYNOSO is the registered agent for REY & REY PRODUCE, INC. and lists an address on the Secretary of State website of 800 McGarry St.,

1                         Sammy's Produce, Inc. v.
Rey & Rey Produce, Inc., et al.
08 CV 0930 L WMc
Reply

Doors 11-12, Los Angeles, CA 90021. *See* Reynoso Dec. Ex. B. However, when the process server went to this address, he found it empty, and security told him the tenant moved out last month. *See* Proof of Service of Summons, Doc. 9-4. The process server then went to a second location known to plaintiff, found it closed, and was told by a neighbor he could find MANUEL REYNOSO at yet another location. *Id.* Finally, at that address, a man who identified himself as MANUEL REYNOSO accepted service. *Id.* When the process server returned after the TRO was granted to serve the order, this individual refused to come out of the building, even though the server waited for an hour and a half. *See* Proof of Service of TRO, attached hereto as Ex. A. This is further evidence that defendants are avoiding their creditors and dissipating trust assets.

Defendants rely primarily on *Driscoll Potatoes, Inc. v. N.A. Produce Co., Inc.*, 765 F.Supp. 174, 177 (D.N.J. 1991) for its ruling that the plaintiff in that case was not entitled to a preliminary injunction because it had an adequate remedy at law. *See* Opposition at 13. However, in *Tanimura & Antle, Inc. v. Packed Fresh Produce, Inc.*, 222 F.3d 132, 136 (3d Cir. N.J. 2000), also cited in defendants' opposition, the Third Circuit criticized and distinguished *Driscoll,* noting that the dissipation of trust assets is sufficient to invoke preliminary injunctive relief under PACA. *Tanimura* at 137-138. The Third Circuit noted that the District Court in *Driscoll* erroneously believed that it "could not hear, or, alternatively, private trust beneficiaries could not bring, requests for equitable relief under PACA unless they were brought by the Secretary of Agriculture on behalf of the trust beneficiaries." *Id.*

To the extent there is a factual dispute over the amount actually held in trust, and noting the PACA trust is also subject to 18% interest and attorney's fees, plaintiffs respectfully request a preliminary injunction ordering defendants not to use any assets of Rey & Rey Produce, Inc. for any other purpose until at least $71,016.70 is paid to plaintiff.

Dated: June 18, 2008                    By: /s/ Bryan W. Pease
                                             Bryan W. Pease
                                             Attorney for Plaintiff

2

Sammy's Produce, Inc. v.
Rey & Rey Produce, Inc., et al.
08 CV 0930 L WMc
Reply

# Exhibit A

# Invoice

**C C Solutions**
Main Office
2511 W. 3rd St., Ste 209
Los Angeles, Ca. 90057
Tel:213.386.7039 Fax 213.386.7049
www.aninstantserve.com

| Date | Invoice # |
|---|---|
| 6/11/2008 | LA5226 |

*For proper credit indicate invoice number when making a payment! Thank you.*

**Bill To**

BRYAN W. PEASE, ATTY AT LAW
302 WASHINGTON ST. STE#404
SAN DIEGO, CA 92103
PHONE:(619)723-0369 FAX:(619)923-1001

*Invoice is DUE upon Receipt. 18% will be added to all past due invoices. We appreciate your business!*

| | P.O. No. | Terms |
|---|---|---|
| All Credit Card transactions carry a charge fee. | 08CV930 | **Due on receipt** |

| Description of Services | Rate | Qty | Amount |
|---|---|---|---|
| REY & REY PRODUCE - DOCS: ORDER GRANTING EXPARTE MOTION - 724 SOUTH ALAMEDA ST. LOS ANGELES, CA. 90021 | 45.00 | | 45.00 |
| SERVED 06/10/08 12:37PM SHERRYL LEE, PERSON IN CHARGE ASIAN, F, 5'6, 130, 32, BLK HAIR. | | | |
| BY IG ID 5060 LA | | | |
| RUSH SERVICE | 35.00 | | 35.00 |
| ADD'L DEFENDANT @ THE SAME ADDRESS - RUSH | 40.00 | | 40.00 |
| ADDITIONAL ADDRESS 1201 MATEO ST LOS ANGELES, CA. 90021 | 45.00 | | 45.00 |
| SUBJECT REFUSED TO COME OUT WAITED FROM 7:15AM TO 08:49AM NO LUCK. CHARGE FEE - | 3.00 | | 3.00 |
| PAID BY: CHECK # CREDIT CARD AUTH # 186111 | -168.00 | | -168.00 |

Other addresses:

ORANGE COUNTY
17300 17th St., Ste J-457
Tustin, Ca. 92780. T(714)210-1664
F(866)838-0661

| **Total** | **$0.00** |
|---|---|
| **Balance Due** | **$0.00** |

RIVERSIDE COUNTY
6185 Magnolia Avenue, Ste 213
Riverside, Ca. 92506
T(951)674-3463 F(866)838-0661

MEMBER OF:  

SAN BERNARDINO COUNTY
1040 S. Mt. Vernon Ave. Ste G-134
Colton, Ca. 92324
T(951)285-5844 F(866)838-0661

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sammy's Produce. Inc.

Plaintiff(s)

Case number: 08 CV 0930 L WMc

vs.

Rey & Rey Produce, Inc.

and Manuel Reynoso            Defendant(s)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of *(specify documents)*:
   a. ☐ Summons  ☐ Complaint  ☐ Alias summons  ☐ first amended complaint
      ☐ second amended complaint  ☐ third amended complaint
      ☒ other *(specify)*: Order Granting *Ex Parte* Motion for TRO With Notice [doc. #9] and To Show Cause Why a Preliminary Injunction Should Not be Issued.
2. **Person Served**: *Manuel Reynoso.*
   a. ☐ defendant *(name)*:
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: Sherryl Lee, person in charge
   c. ☒ address where papers where served: *724 South Alameda St. Los Angeles, Ca. 90021*
3. **Manner of service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure
4. **I served** the person named in item 2:
   a. ☐ by **personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) yeas of age.
       1. ☐ **papers were served on** *(date)*_____ at *(time)*: _____
   b. ☒ by **substituted service**. By leaving copies:
       1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 year of age, who was informed of the general nature of the papers.
       2. ☒ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
       3. ☒ papers were served on *(date)*: 06/10/08  at *(time)*: 12:37pm
       4. ☒ by **mailing** *(by first-class mail, postage prepaid)* copies of the person served in item 2(b) at the place where the copies were left in item 2 ( c )
       5. ☒ papers were mailed on *(date)*: 06/11/08
       6. ☒ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

CCSolutions
Process & Attorney Services

2511 W. 3rd St., Suite 209
Los Angeles, Ca. 90057
Tel(213)386-7039 Fax(213)386-7049
www.aninstantserve.com

Ignacio Gutierrez
Name

_____     06/11/08
Signature                    Date

*I declare under penalty of perjury that the foregoing it's true and correct.*

Cv-1A(12/07)                                                Page 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sammy's Produce. Inc.
                                    Plaintiff(s)

Case number: 08 CV 0930 L WMc

vs.
Rey & Rey Produce, Inc.

and Manuel Reynoso           Defendant(s)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of *(specify documents)*:
   a. ☐ Summons   ☐ Complaint   ☐ Alias summons   ☐ first amended complaint
      ☐ second amended complaint   ☐ third amended complaint
      ☒ other *(specify)*: Order Granting *Ex Parte* Motion for TRO With Notice [doc. #9] and To Show Cause Why a Preliminary Injunction Should Not be Issued.
2. **Person Served**: *Rey & Rey Produce, Inc.*
   a. ☐ defendant *(name)*:
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: Sherryl Lee, person in charge
   c. ☒ address where papers where served: *724 South Alameda St. Los Angeles, Ca. 90021*
3. **Manner of service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure
4. **I served** the person named in item 2:
   a. ☐ by **personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) yeas of age.
      1. ☐ **papers were served on** *(date)*_____ at *(time)*: _____
   b. ☒ **by substituted service**. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 year of age, who was informed of the general nature of the papers.
      2. ☒ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **papers were served on** *(date)*: 06/10/08  at *(time)*: 12:37pm
      4. ☒ **by mailing** *(by first-class mail, postage prepaid)* copies of the person served in item 2(b) at the place where the copies were left in item 2 ( c )
      5. ☒ **papers were mailed on** *(date)*: 06/11/08
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

Solutions
Process & Attorney Services

2511 W. 3rd St., Suite 209
Los Angeles, Ca. 90057
Tel(213)386-7039 Fax(213)386-7049
www.aninstantserve.com

Ignacio Gutierrez
Name

Signature          06/11/08
                   Date

*I declare under penalty of perjury that the foregoing it's true and correct.*
Cv-1A(12/07)                                                Page 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Sammy's Produce. Inc.<br><br>Plaintiff(s) | Case number: 08 CV 0930 L WMc |
|---|---|
| vs.<br>Rey & Rey Produce, Inc.<br>and Manuel Reynoso   Defendant(s) | **DECLARATION OF DILIGENCE** |

1.   PARTY TO SERVE: Rey & Rey Produce, Inc. And Manuel Reynoso

2.   DOCUMENTS RECEIVED: Order Granting *Ex Parte* Motion for TRO With Notice [doc. #9] and To Show Cause Why a Preliminary Injuction Should Not be Issued

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO SERVE BY PERSONAL DELIVERY
AT THE [x] RES [ ] BUS  ADDRESS: 1201 MATEO ST LOS ANGELES, CA. 90021
  1. 06/10/08 arrived at 07:15am subject refused to come out waited until 08:49am.

5.   *Person Executing*
     Fredy Escobar



*2511 W. 3rd St., Suite 209*
*Los Angeles, Ca. 90057*
*Tel(213)386-7039 Fax(213)386-7049*
*www.aninstantserve.com*

  Ignacio Gutierrez
Name

Signature         6/11/08
                   Date

*I declare under penalty of perjury that the foregoing it's true and correct.*
*Cv-1A(12/07)*                                                      Page 1

# PROOF OF SERVICE BY ELECTRONIC FILING

*SAMMY'S PRODUCE, INC. V. REY & REY PRODUCE, INC.*
      U.S. District Court Case No.: 08 CV 0930 L WMc

      I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

      I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I served the individuals named on June 18, 2008 by electronic filing:

Natu J. Patel (NPatel@thePatelLawFirm.com, hkim@thePatelLawFirm.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2008, San Diego, California.

                                                      /s/Bryan W. Pease
                                                         Bryan W. Pease