BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone: (619) 723-0369
Facsimile: (619) 923-1001
email: bryanpease@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY'S PRODUCE, INC., | ) Civil Action, No.: 08 CV 0930 L WMc |
| Plaintiff, | ) STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | ) |
| REY & REY PRODUCE, INC., and MANUEL REYNOSO, | ) |
| Defendants. | ) |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Sammy's Produce, Inc. and Defendants Rey & Rey Produce, Inc. and Manuel Reynoso, by and through their undersigned counsel, hereby stipulate to a dismissal of this case with prejudice.

STIPULATED BY THE PARTIES


Dated: August 20, 2008                    By: /s/ Bryan W. Pease_____
                                              Bryan W. Pease
                                              Attorney for Plaintiff

Dated: August 20, 2008                    By: /s/ Natu J. Patel_____
                                              Natu J. Patel
                                              Attorney for Defendants

1

Sammy's Produce, Inc. v.
Rey & Rey Produce, Inc., et al.
08 CV 0930 L WMc
Stipulation of Dismissal

**PROOF OF SERVICE BY ELECTRONIC FILING**

*SAMMY'S PRODUCE, INC. V. REY & REY PRODUCE, INC.*
     U.S. District Court Case No.: 08 CV 0930 L WMc

     I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred.  My business address is 302 Washington St. #404, San Diego, CA 92103.

     I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

I served the individuals named on August 26, 2008 by electronic filing:

Natu J. Patel (NPatel@thePatelLawFirm.com, hkim@thePatelLawFirm.com)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 26, 2008, San Diego, California.


                                                 /s/Bryan W. Pease
                                                 Bryan W. Pease